Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Zoho Corporation Pvt. Ltd.

                Plaintiff(s)

v.

Freshworks Inc.

                Defendant(s)

Case No. C 3:20-cv-01869-VC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: June 5, 2020     Signed: *Mary George Mayiladumpara*
                                                       Party

Date: June 5, 2020     Signed: /s/ Ryan J. Marton
                                                       Attorney

Print Form

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*