UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ZOHO CORPORATION PVT. LTD,
                  Plaintiff(s)
v.

FRESHWORKS INC.,
                  Defendant(s)

CASE No C 3:20-cv-01869-VC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: June 9, 2020                /s/Lisa Sidel
                                          Party
                                          FRESHWORKS INC.

Date: June 9, 2020                /s/Eric H. MacMichael
                                          Attorney for
                                          FRESHWORKS INC.

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: June 9, 2020                /s/Eric H. MacMichael
                                          Attorney
                                          Attorneys for Plaintiff
                                          FRESHWORKS INC.

ATTESTATION: Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.   /s/Eric H. MacMichael
Dated: June 9, 2020                                          ERIC H. MACMICHAEL

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 1-15-2019*
1385601

American LegalNet, Inc.
www.FormsWorkFlow.com