RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com
HECTOR J. RIBERA (221511)
hector@martonribera.com
CHIEN-JU ALICE CHUANG (228556)
cjalice@martonribera.com
PHILLIP J. HAACK (262060)
phaack@martonribera.com
LAUREN E. WHITTEMORE (SBN 255432)
lwhittemore@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel.: (415) 360-2511

*Attorneys for Plaintiff Zoho Corporation Pvt. Ltd.*

ROBERT A. VAN NEST - # 84065
rvannest@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
WARREN A. BRAUNIG - # 243884
wbraunig@keker.com
JO W. GOLUB - # 246224
jgolub@keker.com
SARAH SALOMON - # 308770
ssalomon@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
DEEVA SHAH - # 319937
dshah@keker.com
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

*Attorneys for Defendant Freshworks Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION PVT LTD.<br><br>Plaintiff,<br><br>v.<br><br>FRESHWORKS, INC.<br><br>Defendant. | Case No: 3:20-cv-01869-VC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:         September 8, 2020<br>Time:        1:00 pm<br>Location:   Ctrm. 4, 17th Floor<br><br>Date filed:   March 17, 2020<br>Trial Date:   TBD |

The parties to the above-titled action, Plaintiff Zoho Corporation Pvt. Ltd. ("Zoho") and Defendant Freshworks Inc. ("Freshworks"), jointly submit this Subsequent Case Management Statement in advance of the upcoming September 8, 2020 Case Management Conference. The parties have previously submitted a full Joint Case Management Statement, *see* Dkt. 26, and hereby incorporate that statement by reference herein. Pursuant to Local Rule 16-10(d), the parties will focus this statement only on "progress or changes since the last statement was filed" and "proposals for the remainder of the case development process."

### 1. Motions

On August 20, 2020, the Court heard oral argument on Defendant Freshworks' Motion to Dismiss Plaintiff Zoho's First Amended Complaint. During the hearing, Zoho requested leave to file a second amended complaint, which the Court granted. Zoho's Second Amended Complaint will be filed on or before September 3, 2020. Freshworks will file a response on or before September 17, 2020, and reserves the right to file a further motion to dismiss if the Second Amended Complaint does not cure the defects addressed in Freshworks' prior motion to dismiss. In addition, Zoho has not yet served a trade-secret list consistent with California Code of Civil Procedure section 2019.210. If Zoho will not do so, or if such trade-secret list fails to articulate Zoho's trade secrets with requisite specificity, Freshworks may file an additional motion.

### 2. Amendment of Pleadings

Plaintiff Zoho's deadline to amend its complaint is September 3, 2020, and Defendant Freshworks' deadline to answer or otherwise respond to Zoho's second amended complaint is September 17. Dkt. 35.

### 3. Settlement and ADR

On August 25, 2020, the parties filed a joint report regarding ADR, which is incorporated herein by reference. Dkt. 36. The parties will be prepared to discuss ADR issues at the Case Management Conference.

**4. Scheduling**

**Zoho's Position**

The schedule proposed by Zoho accommodates the time needed to conduct the necessary international discovery during a pandemic. This schedule assumes discovery will commence as of the date of the September 8th case management conference. To the extent Freshworks seeks to postpone commencing discovery with motion practice regarding the sufficiency of a trade secret designation, further adjustments to the schedule may be needed.

**Freshworks' Position**

As explained above, the Court has granted Zoho leave to amend its complaint and set an amendment deadline of September 3, 2020, which falls after the parties' deadline to submit their joint Case Management Statement. Freshworks proposes a case schedule below under the assumption that Zoho's Second Amended Complaint will state a claim for relief, but reserves the right to move to dismiss, and to propose an amended case schedule accounting for such motion practice, if the Second Amended Complaint does not meet the Rule 8 standard.

| Events | Zoho's Proposed Deadline | Freshworks' Proposed Deadline |
|---|---|---|
| Last Day to Amend Pleadings | November 15, 2020 | September 3, 2020 |
| Completion of Private Mediation | February 26, 2021 | October 2, 2020 |
| Further Case Management Conference | April 2, 2021 | January 15, 2021 |
| Close of Fact Discovery | June 4, 2021 | April 9, 2021 |
| Opening Expert Reports | July 1, 2021 | May 7, 2021 |
| Responsive Expert Reports | August 2, 2021 | June 4, 2021 |
| Close of Expert Discovery | September 1, 2021 | July 2, 2021 |
| Deadline to File Dispositive Motions | September 30, 2021 | July 30, 2021 |
| Fed. R. Civ. P. 26(a)(3) Disclosures | 60 days before trial | 60 days before trial |
| Motions *in Limine* and *Daubert* motions | 60 days before trial | 60 days before trial |
| Oppositions to Motion *in Limine* and *Daubert* motions | 45 days before trial | 45 days before trial |
| Replies in support of Motions *in Limine* and *Daubert* motions | 30 days before trial | 30 days before trial |
| Joint Pre-Trial Order | 14 days before trial | 14 days before trial |
| Objections to Fed. R. Civ. P. | 14 days before trial | 14 days before trial |

| 26(a)(3) Disclosures | | |
|---|---|---|
| Final Pretrial Conference | 7 days before trial | 7 days before trial |
| Trial | January __, 2022 (~17 months from September 8, 2020) | November 1, 2021 (~16 months from July 1, 2020) |

Dated:  September 1, 2020            MARTON RIBERA SCHUMANN & CHANG LLP


                                  By:   */s/ Ryan J. Marton*
                                          RYAN J. MARTON
                                          CAROLYN CHANG
                                          HECTOR J. RIBERA
                                          CHIEN-JU ALICE
                                          PHILLIP J. HAACK
                                          LAUREN E. WHITTEMORE

                                          Attorneys for Plaintiff ZOHO
                                          CORPORATION PVT. LTD.


Dated: September 1, 2020             KEKER, VAN NEST & PETERS LLP


                                  By:   */s/ Eric H. MacMichael*
                                          ROBERT A. VAN NEST
                                          ERIC H. MACMICHAEL
                                          WARREN A. BRAUNIG
                                          JO W. GOLUB
                                          SARAH SALOMON
                                          CHRISTOPHER S. SUN
                                          DEEVA SHAH

                                          Attorneys for Defendant FRESHWORKS INC.

1

**ATTESTATION IN CONCURRENCE OF FILING**

2

Per Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document was

3

obtained from counsel for Zoho Corporation Pvt. Ltd on September 1, 2020.

4

5

Dated: September 1, 2020                    */s/ Sarah Salomon*
                                             Sarah Salomon

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28