KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
JO W. GOLUB - # 246224
jgolub@keker.com
SARAH SALOMON - # 308770
ssalomon@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
DEEVA SHAH - # 319937
dshah@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
FRESHWORKS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZOHO CORPORATION PVT. LTD, <br><br> Plaintiff, <br><br> v. <br><br> FRESHWORKS INC., <br><br> Defendant. | Case No. 3:20-cv-01869-VC <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL JO W. GOLUB** <br><br> Judge:      Hon. Vince Chhabria <br><br> Date Filed: March 17, 2020 <br><br> Trial Date: None Set |

1695735.v1

1   PLEASE TAKE NOTICE that the undersigned is no longer associated with the law firm

2   of Keker, Van Nest & Peters LLP as of June 18, 2021, and hereby withdraws her appearance as

3   counsel for Defendant FRESHWORKS, INC.

4   Robert A. Van Nest, Eric H. MacMichael, Warren Braunig, Sarah Salomon, Christopher

5   S. Sun, Deeva Shah will remain as counsel for Defendant FRESHWORKS, INC.

6

7   Dated:  June 21, 2021                    KEKER, VAN NEST & PETERS LLP

8

9                                      By:   */s/ Jo W. Golub*
                                            ROBERT A. VAN NEST
10                                          ERIC H. MACMICHAEL
                                            JO W. GOLUB
11                                          SARAH SALOMON
                                            CHRISTOPHER S. SUN
12                                          DEEVA SHAH

13                                          Attorneys for Defendant
                                            FRESHWORKS INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1695735.v1